**Motion Granted in Part and Denied in Part and Order filed July 19, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00216-CV
_____

## JOE ALFRED IZEN JR., Appellant

## V.

## BRIAN LAINE AND KIMBERLY LAINE, Appellees

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2013-28211**

## CONTINUING ABATEMENT ORDER

The court abated this appeal on May 3, 2018 to allow the parties to mediate this case. On July 3, 2018, appellant filed motion to extend the abatement period. The motion is granted in part and denied in part and we issue the following order.

We deny appellant's motion to the extent it requests appointment of a mediator. The parties may select a mediator by agreement.

The appeal is abated, treated as a closed case, and removed from this court's active docket until September 4, 2018. The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.